# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEROMY D. BRAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV 20-230-RAW-SPS |
| ) | |
| **PONTOTOC COUNTY** ) | |
| **SHERIFF'S DEPARTMENT, et al.,** ) | |
| ) | |
| Defendants. ) | |

## **OPINION AND ORDER**

On July 8, 2020, Plaintiff, a former inmate in the Pontotoc County Jail in Ada, Oklahoma, filed this civil rights action pursuant to 42 U.S.C. § 1983 (Dkt. 1). On February 3, 2021, the Court's mail addressed to Plaintiff at the jail was returned with the notation, "RETURN TO SENDER--INMATE NOT HERE" (Dkt. 6).

Because Petitioner has failed to advise the Court of his current address, as required by Local Civil Rule 5.6(a), this action is dismissed without prejudice for his failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 4th day of February 2021.

/s/ Ronald A. White
Ronald A. White
United States District Judge
Eastern District of Oklahoma